■ In the Matter of RAMESH KHUDAN, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [29 NYS3d 827]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III disciplinary determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. Although petitioner seeks to be restored to the status that he maintained prior to the disciplinary determination, he is not entitled to that relief (*see Matter of Corrieri v Annucci*, 137 AD3d 1407, 1408 [2016]; *Matter of Daum v Venettozzi*, 136 AD3d 1096, 1097 [2016]). As petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of James v Prack*, 137 AD3d 1390, 1391 [2016]; *Matter of Gunn v Annucci*, 133 AD3d 989, 990 [2015]).

Peters, P.J., McCarthy, Rose, Devine and Mulvey, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.